UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE IVAN ROCHA,<br><br>Defendant. | 2:13-cr-00269-LDG-GWF<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW MR. ROCHA TO HAVE CONTACT WITH MINOR FAMILY MEMBERS ON CHRISTMAS EVE** |

Based on the Unopposed Expedited Motion to Temporarily Modify Conditions of Pretrial Release to Allow Mr. Rocha to Have Contact with Minor Family Members on Christmas Eve ("Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is GRANTED, and that Mr. Rocha may have contact with minor family members on December 24, 2014.

DATED this 23 day of December, 2014.

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

4