UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　Plaintiff,<br><br>VS.<br><br>ENRIQUE IVAN ROCHA<br><br>　　　Defendant, | 2:13-cr-00269-LDG-GWF<br><br>MINUTES OF THE COURT<br><br>Dated: December 17, 2014 |

PRESENT:

THE HONORABLE **LLOYD D. GEORGE, U.S. DISTRICT JUDGE**

DEPUTY CLERK:	DENISE SAAVEDRA

COURT RECORDER:	JOAN QUIROS

PRESENT FOR PLAINTIFF:	ROGER YANG, AUSA and LISA CARTIER- GIROUX, AUSA

PRESENT FOR DEFENDANT:	RACHEL KORENBLAT, AFPD, and REBECCA LEVY, AFPD

JURY TRIAL - DAY 3

　　　Proceedings begin at 9:06 a.m.  Jurors are not present.   Defendant is present. Detective W. Nichols is present as case agent

　　　The Court addresses counsel. The Court Denies Motion for Mistrial. The Court hears representations from counsel. Defense will be calling their client to the witness stand. Defense counsel makes oral motion 29A. The Court Denies Motion 29A.

　　　Jurors are present at 9:45 a.m.

　　　**Enrique Rocha** is sworn to testify as a witness for the Defense. Ms. Korenblat examines the witness. Ms. Korenblat passes the witness to Government. Ms. Cartier-Giroux cross examines the witness. After further examination by Ms, Korenblat and Ms. Cartier-Giroux, the witness is excused.

　　　Proceedings recess from 11:01 a.m. - 1:12 p.m.

USA vs. ENRIQUE IVAN ROCHA
2:13-CR-00269-LDG-GWF
December 17, 2014
Page two

The Court is present at 1:12 p.m. Jury Instructions are discussed.

Jurors are present at 1:19 p.m.

Ms. Lisa Cartier-Giroux presents Government's closing arguments.

Ms. Levy presents Defendant's closing argument.

Mr. Yang presents rebuttal arguments.

The Court reads Jury Instructions into the record. The bailiff is sworn. The jury retires to deliberate at 3:18 p.m.

The jury has reached a verdict. The verdict is read. Defendant Enrique Ivan Rocha is found guilty of count 1 of the Indictment. The jury is polled.

The Court thanks the jury and excuses them.

**Sentencing is set for Thursday**, **April 16, 2015 at 9:00 a.m.**

Proceedings recess at 5:33 p.m.

        **LANCE S. WILSON, CLERK**
        **UNITED STATES DISTRICT COURT**

        /s/ Denise Saavedra
        DEPUTY CLERK